**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 22-20300CR-MARTINEZ**

**UNITED STATES OF AMERICA,**

        **Plaintiff,**

**v.**

**JOSE MANUEL RIZZO-ZABALA,**

        **Defendant.**

_____/

## SUPPLEMENTAL BJECTIONS TO PRE-SENTENCE INVESTIGATION REPORT

Defendant, **JOSE MANUEL RIZZO-ZABALA,** pursuant to Rule 32, Federal Rules of Criminal Procedure, files these Supplemental Objections to Pre-Sentence Investigation Report (P.S.I.), and in support thereof asserts:

## Legal

Defendant objects to the Pre-Sentence Investigation Report's failure to recommend a minor role reduction pursuant to §3B1.2, U.S.S.G. (PSI, ¶24).   Defendant submits that he is not precluded for consideration for a minor role reduction even though he is accountable under §1B1.3, U.S.S.G, only for the conduct in which he personally was involved and who performs a limited function in concerted criminal activity. §3B1.2, Note 3A, U.S.S.G.   The fact that a defendant may perform an essential or even indispensable role in the criminal activity is *not* determinative on whether a minor role adjustment is warranted. §3B1.2, Note 3C, U.S.S.G.   In this case, Defendant performed a limited function in the transportation of drugs.   Defendant was essentially moving drugs

1

from one point to another.   Defendant is far less culpable than the organizers of the drug importation conspiracy and did not have full knowledge of the overall conspiracy. Defendant had no participation in the funding of the transportation, was not involved in the pricing of the drugs and had no knowledge of the person or persons to whom the drugs were being delivered.   As noted previously, Defendant is a poor fisherman by trade and does not and did not have the capacity to organize or put together the exportation and distribution of drugs.   This interception occurred hundreds of miles from the shores of the United States.   There is no evidence that Defendant had a propriety interest in the substantial amount of cocaine recovered by the Coast Guard.

In *United States v. Cruickshank*, 837 F.3d 1182 (11th Cir. 2016), the Eleventh Circuit had occasion to consider whether a minor role adjustment should have been granted.   The 11th Circuit reviewed the law on minor role.   The 11th Circuit pointed out that a defendant who does not have a propriety interest in the criminal activity and who is simply being paid to perform certain tasks should be considered for an adjustment under the guideline. *Id.*, at 1194.   The 11th Circuit ultimately vacated the district court's sentence, finding that the lower court's decision that amount alone precluded consideration of a minor role was legal error. *Id*., at 1195.   Based on the foregoing, Defendant submits that he qualifies for a minor role adjustment.   Should this Court decide that no minor role adjustment is warranted, Defendant submits that this Court should consider a variance from the sentencing guidelines range and impose a lower sentence in this cause.   Defendant would note that both co-defendants have requested a minor role adjustment. (DE 49: 3-8; DE 55: 1-5).   Defendant stands in the same stead

2

as both co-defendants and, as previously noted in his initial objections to the PSI (DE 45: 7), the need to avoid sentencing disparities should guide this Court's ultimate sentence. Defendant's sentence should not be any greater than the sentences imposed on co-defendants Armando Sumoza-Padron and Arnaldo Hidalgo-Pernalete, as both co-defendants are similarly situated.

### Conclusion

WHEREFORE, Defendant respectfully submits these Supplemental Objections to the Pre-Sentence Investigation Report.

Respectfully submitted,

LAW OFFICES OF J. RAFAEL RODRÍGUEZ
Attorneys for JOSE MANUEL RIZZO-ZABALA
6367 Bird Road
Miami, FL   33155
(305) 667-4445
(305) 667-4118 (FAX)
jrafrod@bellsouth.net

By: *s/ J. Rafael Rodríguez*
     J. RAFAEL RODRÍGUEZ
     FLA. BAR NO. 302007

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 28th day of November, 2022, a true and correct copy of the foregoing Supplemental Objections to Pre-Sentence Investigation Report was filed with the Clerk of Court using CM/ECF and served on the same day on Yvonne Rodriguez-Schack, Esq., Assistant United States Attorney.

*s/ J. Rafael Rodríguez*
J. RAFAEL RODRÍGUEZ